UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JASON DANIEL HEAP, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 1:14cv1490 |
| | ) |
| HON. ASHTON B. CARTER, et al., | ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on defendants' Redaction Request (Dkt. 183). Upon consideration of the pleadings, it is hereby

ORDERED that the Request is GRANTED, and it is

ORDERED that the Transcript of proceedings held on October 30, 2015 (Dkt. 160) is to be redacted in the following manner:

- Page 25: Line 10 (beginning at sentence that starts "Because some") to Line 14.
- Page 27: Line 13 to Line 17.

ENTERED this 15th day of December, 2015.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia