# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JASON DANIEL HEAP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HON. ASHTON B. CARTER, *et al.*,<br><br>Defendants. | Case No.: 1:14-CV-1490-JCC-TCB |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice.

January 20, 2016

Respectfully Submitted,

**FOR PLAINTIFFS:**

*By:* /s/ Joshua S. Devore
Joshua S. Devore (# 45312)

R. Joseph Barton (*pro hac vice*)
Matthew A. Smith (*pro hac vice*)
Times Wang (*pro hac vice*)
Robert A. Braun (*pro hac vice*)

COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
jdevore@cohenmilstein.com
jbarton@cohenmilstein.com
msmith@cohenmilstein.com
twang@cohenmilstein.com

So Ordered:
/s/ 1/27/16
James C. Cacheris
United States District Judge

Matthew K. Handley
Peter Romer-Friedman (*pro hac vice*)
Christine Tschiderer
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington D.C. 20036
Tel.: (202) 319-1000

*Attorneys for Plaintiffs*


**FOR DEFENDANTS:**

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DANA J. BOENTE
United States Attorney

*By*: /s/ Antonia Konkoly
ANTONIA KONKOLY
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3799
Facsimile: (703) 299-3983
E-Mail: Antonia.Konkoly@usdoj.gov

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

KIERAN G. GOSTIN (*pro hac vice*)
CHRISTOPHER R. HALL (*pro hac vice*)
JAMIE SCHWARTZ (*pro hac vice*)
JOSEPH E. BORSON

U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 353-4556
Facsimile: (202) 616-8460
E-mail: kieran.g.gostin@usdoj.gov

Of Counsel:

MAJOR CINDIE BLAIR
United States Marine Corps
LIEUTENANT ZACHARY DEMBO
United States Navy
Office of the Judge Advocate General
General Litigation Division (Code 14)

*Attorneys for Defendants*